IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| GEMINI INSURANCE COMPANY, | ) | 1:10-CV-00637-LEK-BMK |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING |
| | ) | MAGISTRATE'S FINDINGS AND |
| vs. | ) | RECOMMENDATION TO DENY |
| | ) | DEFENDANT'S MOTION FOR |
| KUKUI'ULA DEVELOPMENT | ) | ATTORNEYS' FEES AND COSTS |
| COMPANY (HAWAII), LLC., INC., | ) | |
| ET AL, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION
TO DENY DEFENDANT'S MOTION
FOR ATTORNEYS' FEES AND COSTS

Findings and Recommendation having been filed and served on all parties on February 28, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations, Doc No 287" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.


DATED AT HONOLULU, HAWAII, March 15, 2013.



    /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**GEMINI INSURANCE COMPANY V. KUKUI'IULA DEVELOPMENT; CV 10-00637 LEK-BMK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY DEFENDANT'S MOTION FOR ATTORNEYS' FEES AND COSTS**